Shellie Lott, SBN:    246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIANNA NICOLE BROWN,

           Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

No.  2:13-cv-01856-MCE-CMK

**STIPULATION AND ORDER
EXTENDING PLAINTIFF'S TIME TO
FILE A MOTION FOR SUMMARY
JUDGMENT**

     IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For

Summary Judgment in the above-referenced case is hereby extended from the present due date of

April 25, 2014, by thirty days, to the new response date of  May 27, 2014, **and all other**

**deadlines be extended accordingly**.  This extension is requested because Plaintiff has a

particularly heavy briefing schedule this month.

///

///

///

1

DATED: March 20, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

/s/ Shellie Lott
SHELLIE LOTT,
Attorney for Plaintiff

/s/ Michael K. Marriott
 MICHAEL K. MARRIOTT,
(As authorized via E-mail on 03/20/14)
Special Assistant U S Attorney
Attorneys for Defendant

1  Shellie Lott, SBN:  246202

2  CERNEY KREUZE & LOTT, LLP

3  42 North Sutter Street, Suite 400

4  Stockton, California  95202

5  Telephone: (209) 948-9384

6  Attorney for Plaintiff

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                                          No.  2:13-cv-01856-MCE-CMK

12  DIANNA NICOLE BROWN,

13              Plaintiff,                   **ORDER EXTENDING PLAINTIFF'S TIME**
                                             **TO  FILE MOTION  FOR SUMMARY**
14       v.                                  **JUDGMENT**

15  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security
16
                Defendant.
17

18

19        Pursuant to the stipulation of the parties showing good cause for a requested first

20  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

21  APPROVED.

22        Plaintiff shall file her Motion For Summary Judgment on or before May 27, 2014.

23        SO ORDERED.

24  Dated:  March 26, 2014

25                                    _____
26                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE
27

28
                                          3