BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIANNA NICOLE BROWN, ) | Case No. 2:13-cv-01856-MCE-CMK |
| ) | |
| Plaintiff, ) | |
| v. ) | **STIPULATION FOR EXTENSION OF** |
| ) | **TIME AND ORDER** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including July 28, 2014.  The response is currently due June 26, 2014.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: June 27, 2014                    */s/ Shellie Lott*\*
                                        SHELLIE LOTT
                                        *(as authorized by email on June 26, 2014)*
                                        Attorney for Plaintiff


Dated: June 27, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                            By:         */s/ Michael K. Marriott*
                                        MICHAEL K. MARRIOTT
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated: July 2, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE